JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Respondent,<br><br>　　　v.<br><br>GUILLERMO ERNEST VASQUEZ,<br><br>　　　　Defendant-Petitioner. | No.　CV 12-1077 PA<br>　　　CR 09-918 PA<br><br>JUDGMENT DISMISSING PETITIONER'S ACTION WITH PREJUDICE |

　　　Pursuant to the Court's July 11, 2013 Order denying Defendant-Petitioner Guillermo Ernest Vasquez' Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to 28 U.S.C. § 2255,

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant-Petitioner's action is dismissed with prejudice.

DATED: July 11, 2013

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE