JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-1077 PA |
|---|---|
| Plaintiff-Respondent, | CR 09-918 PA |
| v. | JUDGMENT DISMISSING PETITIONER'S ACTION WITH PREJUDICE |
| GUILLERMO ERNEST VASQUEZ, | |
| Defendant-Petitioner. | |

Pursuant to the Court's July 11, 2013 Order denying Defendant-Petitioner Guillermo Ernest Vasquez' Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to 28 U.S.C. § 2255,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant-Petitioner's action is dismissed with prejudice.

DATED: July 11, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE